UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF: ) CHAPTER 13
)
) CASE NO. 16-81318
)
Ruth Ann Final )

## AFFIDAVIT OF COMPLIANCE

State of Illinois )
)
County of McHenry )

The Debtor, Ruth Ann Final in the above captioned case being duly sworn upon oath, deposes and state as follows: (Check all applicable statements)

1. __X__ A. Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101 (14A).

**OR**

_____ B. I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statute.

2. __X__ C. I have filed all State and local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

**By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan. The Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.**

FURTHER AFFIANT SAYETH NOT:

/s/ Ruth Ann Final
Ruth Ann Final

Subscribed and sworn to before me this _19th Day of July 2016_

OFFICIAL SEAL
JOSEPH P DOYLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/29/18

/s/ Joseph P. Doyle
Notary Public:

My Commission Expires: _9/19/2018_, 20__